

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00462-CV

**IN RE** David **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Irene Rios, Justice

On July 9, 2018, relator filed a petition for writ of mandamus and a motion for emergency stay. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency stay is also DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on July 11, 2018.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-CI-07502, styled *In the Matter of the Marriage of Angelic Rodriguez and David Rodriguez*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.